B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District Of California

In re Asyst Technologies, Inc.,
Debtor

Case No. 09-43246

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |

SEE ATTACHED LIST

Date: April 20, 2009

/s/ [signature]

Debtor
Aaron L. Tachibana

*[Declaration as in Form 2]*

American LegalNet, Inc.
www.USCourtForms.com

| Name of creditor | Name, telephone number and complete mailing address, including zip code, of employee. Agent or department of creditor familiar with claim who may be contacted, & fax number | Nature of Claim | Estimated Amount of Claim as of 3/14/09 |
|---|---|---|---|
| FLEXTRONICS MFG SG PTE LTD<br>Supplier #: 77734 | Flextronics Mfg Sg Pte Ltd<br>31 Joo Koon Circle<br>629108<br>Singapore | Material & software vendors | $3,360,000 |
| PRICEWATERHOUSECOOPERS LLP<br>Supplier #: 2295 | Pricewaterhouse Coopers LLP<br>350 S Grand Ave<br>Ste 4900<br>Los Angeles, CA  90071 | Legal, consultant, & HR services | 515,000 |
| SAGUARO TECHNOLOGIES, INC.<br>Supplier #: 20145 | Saguaro Technologies, Inc.<br>30188 Morning View Drive<br>Malibu, CA  90265 | Legal, consultant, & HR services | 403,840 |
| SHINEI USA INC.<br>Supplier #: SLR100 | Shinei USA Inc.<br>Automation Systems Division<br>48761 Kato Road<br>Fremont, CA  94538 | Material & software vendors | 296,162 |
| JENOPTIK AG<br>Supplier #:  N/A | Jenoptik AG<br>Carl-Zeiss-Strasse<br>D-07739<br>Jena, Germany | Competitor, Lawsuit | 189,201 |
| LEGACY PARTNERS I FREMONT, LLC<br>Supplier #: 20453 | Legacy Partners I Fremont, LLC<br>4000 East Third Avenue<br>Suite 600<br>Foster City, CA  94404 | Rent | 142,871 |
| APPLE RIDGE FUNDING<br>Supplier #: 6293 | Apple Ridge Funding<br>2770 Ygnacio Valley Road<br>Suite 210<br>Walnut Creek, CA  94598 | Legal, consultant, & HR services | 100,342 |
| BOWNE OF LOS ANGELES, INC.<br>Supplier #: 1267 | Bowne Of Los Angeles, Inc.<br>18050 Central Avenue<br>Carson, CA  90746-4006 | Office supply, Document retention, ect. | 81,486 |
| VISIBILITY CORPORATION<br>Supplier #: 2559 | Visibility Corporation<br>200 Minuteman Drive<br>Suite 202<br>Andover, MA  01810 | License & Maintenance | 59,931 |
| MOHLER,NIXON & WILLIAMS<br>Supplier #: 4565 | Mohler, Nixon & Williams<br>635 Campbell Technology Pkwy<br>Suite 100<br>Campbell, CA  95008-5059 | Legal, consultant, & HR services | 57,431 |
| AMERICAN EXPRESS<br>Supplier #: 4279 | American Express<br>World Financial Center<br>200 Vesey St.<br>New York, NY  10285 | Transportation & freight | 57,132 |

| Name of creditor | Name, telephone number and complete mailing address, including zip code, of employee. Agent or department of creditor familiar with claim who may be contacted, & fax number | Nature of Claim | Estimated Amount of Claim as of 3/14/09 |
|---|---|---|---|
| APPLIED CERAMICS, INC. Supplier #: 20021 | Applied Ceramics, Inc. 48630 Milmont Drive Fremont, CA 94538 | Material & software vendors | 54,284 |
| AERONET WORLDWIDE Supplier #: 2604 | Aeronet Worldwide 42 Corporate Park Suite 150 Irvine, CA 92606 | Transportion & freight | 52,146 |
| MERCER HR CONSULTING Supplier #: 20654 | Mercer HR Consulting 3 Embarcadero Center Suite 1500 San Francisco, CA 94111 | Legal, consultant, & HR services | 51,100 |
| TRUE PARTNERS CONSULTING LLC Supplier #: 20897 | True Partners Consulting LLC 150 Almaden Blvd. Suite 450 San Jose, CA 95113 | Legal, consultant, & HR services | 39,450 |
| XEROX CORPORATION Supplier #: 265 | Xerox Corporation 800 Long Ridge Rd Stamford, CT 06902-1288 | Utilities & phone service | 36,971 |
| HEWLETT-PACKARD COMPANY Supplier #: 20044 | Hewlett-Packard Company 1000 North East Circle Blvd. Mail Stop 323F Corvallis, OR 97330 | Utilities & phone service | 35,500 |
| SATYAM COMPUTER SERVICES LIMIT Supplier #: 10168 | Satyam Computer Services Limited One Gatehall Drive Suite 301 Parsippany, NJ 07054 | Legal, consultant, & HR services | 33,000 |
| ELITE NETWORK, INC. Supplier #: 20342 | Elite Network, Inc. 444 Castro Street, Suite 920 Mountain View, CA 94041 | Legal, consultant, & HR services | 31,250 |
| BRECOFLEX CO.,L.L.C. Supplier #: 12051 | Brecoflex Co., L.L.C. 222 Industrial Way West Eatontown, NJ 07724 | Material & software vendors | 29,131 |
| TRIPLE SOURCE Supplier #: 21018 | Triple Source 1629 Queen Anne Ave N Ste 104 Seattle, WA 98109 | Legal, consultant, & HR services | 25,000 |
| DELOITTE & TOUCHE LLP Supplier #: 1404 | Deloitte & Touche LLP 1700 Market St Philadelphia, PA 19103 | Legal, consultant, & HR services | 23,800 |
| TREND TECHNOLOGIES Supplier #: 512 | Trend Technologies 4626 Eucalyptus Avenue Chino, CA 91710 | Material & software vendors | 23,937 |

SDODMS1/699348.1

| Name of creditor | Name, telephone number and complete mailing address, including zip code, of employee. Agent or department of creditor familiar with claim who may be contacted, & fax number | Nature of Claim | Estimated Amount of Claim as of 3/14/09 |
|---|---|---|---|
| ALPHA EMS CORPORATION<br>Supplier #: 20793 | Alpha EMS Corporation<br>44193 S.Grimmer Blvd.<br>Fremont, CA  94538 | Material & software vendors | 23,731 |
| INTERTEK<br>Supplier #: 2010 | Intertek<br>1365 Adams Court<br>Menlo Park, CA  94025 | Legal, consultant, & HR services | 21,516 |
| HRXCEL, LLC<br>Supplier #: 20461 | HRxcel, LLC<br>3436 Toringdon Way<br>Suite 300<br>Charlotte, NC  28277 | Legal, consultant, & HR services | 19,743 |
| SEMI<br>Supplier #: 2887 | SEMI<br>Department 05607<br>San Francisco, CA  94139 | Other | 18,900 |
| INFINITY QUICK TURN MATERIAL<br>Supplier #: 20953 | Infinity Quick Turn Material Solutions, Inc.<br>4063 Clipper Court<br>Fremont, CA  94538 | Material & software vendors | 17,829 |
| BAYMOTION, INC.<br>Supplier #: 20230 | Baymotion, Inc.<br>2965 Southwood Drive<br>Alameda, CA  94501 | Legal, consultant, & HR services | 17,628 |
| THE PROXY ADVISORY GROUP, LLC<br>Supplier #: 20452 | The Proxy Advisory Group, LLC<br>18th East 41st Street<br>Suite 2000<br>New York, NY  10017 | Legal, consultant, & HR services | 16,667 |