```
BARBARA A. MATTHEWS (SBN 195084)
Assistant U.S. Trustee
LYNETTE C. KELLY (SBN 120799)
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
1301 Clay Street, Suite 690N
Oakland, California 94612-5217
Telephone: (510) 637-3200

Attorneys for Acting United States Trustee,
SARA L. KISTLER
```

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ) | Case No. 09-43246 RN |
| ) | |
| ASYST TECHNOLOGIES, INC., ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

## APPOINTMENT AND NOTICE OF APPOINTMENT
## OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS

NOTICE IS HEREBY GIVEN that, pursuant to 11 U.S.C. § 1102, the Acting United States Trustee hereby appoints the creditors whose names are set forth in Exhibit "1" attached hereto to serve on the Committee of Creditors holding unsecured claims.

Date: April 28, 2009                Respectfully submitted

                                    *Lynette C. Kelly*
                                    Lynette C. Kelly
                                    Trial Attorney
                                    Attorney for Acting U.S. Trustee
                                    Sara L. Kistler

Appt. & Notice of Appt. of Comm. of Creditors
Holding Unsecured Claims   CASE: 09-43246 RN     - 1 -

1. Saguaro Technologies, Inc.
   30188 Morning View Drive
   Malibu, CA 90265
   ATTN: Doina Mazilu, President & CEO
   Telephone:   310-589-5516
   Facsimile:   310-589-0900

2. Bowne Of Los Angeles, Inc.
   1931 Market Ctr. Blvd.
   Dallas, TX 75207
   ATTN:  Brian Donahue, VP Finance
   Telephone:   214-651-1001
   Facsimile:   866-857-2005

3. Applied Ceramics, Inc.
   48630 Milmont Drive
   Fremont, CA 94538
   ATTN:  Matt Sertic, President
   Telephone:   510-249-9700
   Facsimile:   510-249-9797

4. Aeronet, Inc.
   42 Corporate Park, Suite 150
   Irvine, CA 92606
   ATTN:  John V. Baisey, Vice President
   Telephone:   949-474-3000
   Facsimile:   800-559-7090

5. Elite Network, Inc.
   444 Castro Street, Suite 920
   Mountain View, CA 94041
   ATTN:  Neil D. Glatzer, Partner
   Telephone:   650-938-4100
   Facsimile:   650-938-0727

EXHIBIT 1

Appt. & Notice of Appt. of Comm. of Creditors
Holding Unsecured Claims    CASE: 09-43246 RN        -  2  -

**PROOF OF SERVICE**

I, the undersigned, declare as follows:

I am a citizen of the United States and over the age of eighteen (18) years and not a party to the within action.

My business address is 1301 Clay Street, Suite 690N, Oakland, California, 94612-5217.

On April 28, 2009 I served, by mail, a copy of the following documents:

**APPOINTMENT AND NOTICE OF APPOINTMENT OF
COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**

by enclosing a true and correct copy of said document in an envelope with postage thereon fully prepaid, which envelope was then sealed and deposited in the United States mail at Oakland, California, addressed to each of the persons listed below:

**Attorney for Debtor:**
Ali M.M. Mojdehi
Law Offices of Baker and McKenzie
12544 High Bluff Drive 3rd Fl.
San Diego, CA 92130

**Creditors:**

Saguaro Technologies, Inc.
30188 Morning View Drive
Malibu, CA 90265
ATTN: Doina Mazilu, President & CEO

Bowne Of Los Angeles, Inc.
1931 Market Ctr. Blvd.
Dallas, TX 75207
ATTN: Brian Donahue, VP Finance

Applied Ceramics, Inc.
48630 Milmont Drive
Fremont, CA 94538
ATTN: Matt Sertic, President

Aeronet, Inc.
42 Corporate Park, Suite 150
Irvine, CA 92606
ATTN: John V. Baisey, Vice President

Elite Network, Inc.
444 Castro Street, Suite 920
Mountain View, CA 94041
ATTN: Neil D. Glatzer, Partner

Appt. & Notice of Appt. of Comm. of Creditors
Holding Unsecured Claims    CASE: 09-43246 RN        - 3 -

| | |
|---|---|
| 1 | Kelli J. Bohuslav-Kail, Esq.<br>Receivable Management Services<br>307 International Circle, Suite 270<br>Hunt Valley, MD 21030 |
| 2 | |
| 3 | Infinity Quick Turn Material<br>4063 Clipper Court<br>Fremont, CA 94538<br>ATTN: Teri Parker |
| 4 | |
| 5 | |
| 6 | Flextronics Corporation<br>c/o BIALSON, BERGEN & SCHWAB<br>2600 El Camino Real, Suite 300<br>Palo Alto, California 94306<br>Attn: Patrick Costell, Esq. |
| 7 | |
| 8 | |
| 9 | Pricewaterhouse Coopers, LLP<br>350 S. Grand Ave., Ste. 4900<br>Los Angeles, CA 90071<br>Attn: Bill Reitz |
| 10 | |
| 11 | |
| 12 | Shinei USA, Inc.<br>Automation Sys Div.<br>48761 Kato Road<br>Fremont, CA 94538<br>Attn: Debbie Biesner |
| 13 | |
| 14 | |
| 15 | Jenoptik AG<br>c/o Howrey, LLP<br>1950 University Ave., 4th Floor<br>East Palo Alto, CA 94303<br>Attn: Daniel Thomas Shvodian, Esq. |
| 16 | |
| 17 | |
| 18 | Legacy Partners I Fremont, LLC<br>4000 East Third Ave., Suite 600<br>Foster City, CA 94404<br>Attn: Kelly St. Clair |
| 19 | |
| 20 | Apple Ridge Funding<br>Reology Corporation<br>2770 Ygnacio Valley Road, Suite 210<br>Walnut Creek, CA 94598<br>Attn: Sofia Lipman, Esq. |
| 21 | |
| 22 | |
| 23 | Visibility Corporation<br>200 Minuteman Road, Suite 202<br>Andover, Massachusetts 01810<br>Attn: Kenneth Stone, CFO |
| 24 | |
| 25 | Mohler, Nixon & Williams<br>635 Campbell, Technology Pkwy, Suite 100<br>Campbell, CA 95008-5059 |
| 26 | |
| 27 | /// |
| 28 | |

Appt. & Notice of Appt. of Comm. of Creditors
Holding Unsecured Claims     CASE: 09-43246 RN      -  4  -

American Express
World Financial Center
200 Vesey St.
New York, NY 10285

Mercer HR Consulting
3 Embarcadero Center, Suite 1500
San Francisco, CA 94111

True Partners Consulting, LLC
150 Almaden Blvd., Suite 450
San Jose, CA 95113

Xerox Corporation
800 Long Ridge Rd.
Stamford, CT 06902-1288

Hewlett-Packard Company
11307 Chinden Blvd.
Mail Stop 314
Boise, ID 83714-0021
Attn: Ramona S. Neal

Satyam Computer Services Limited
One Gatehall Drive, Suite 301
Parsippany, NJ 07054

  I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Date: April 28, 2009    OFFICE OF THE UNITED STATES TRUSTEE

           By: *M. Pellerin*
              M. Pellerin