Ali M.M. Mojdehi, State Bar No. 123846
Janet D. Gertz, State Bar No. 231172
Rayla D. Boyd, State Bar No. 256788
**Baker & McKenzie LLP**
12544 High Bluff Drive, Third Floor
San Diego, CA  92130-3051
Telephone: +1 858 523 6200

Counsel for Debtor
Asyst Technologies, Inc.,
a California corporation

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 09-43246 |
| ASYST TECHNOLOGIES, INC., a California corporation, | Chapter 11 |
| Debtor. | **EX PARTE APPLICATION FOR ORDER SHORTENING TIME IN WHICH TO HEAR DEBTOR'S MOTION PURSUANT TO SECTIONS 105(a), 363(b), AND 541 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 6004 FOR AUTHORIZATION TO PAY, REMIT OR REIMBURSE WAGE OBLIGATIONS, GARNISHMENT OBLIGATIONS AND BENEFIT OBLIGATIONS** |
| | [No Hearing Required] |

TO THE HONORABLE RANDALL J. NEWSOME, UNITED STATES BANKRUPTCY JUDGE:

Asyst Technologies, Inc., a California Corporation, the debtor and debtor in possession in the above-captioned case (the "Debtor in Possession"), hereby applies to this Court for an order shortening time for a hearing on the *Debtor's Motion Pursuant to Sections 105(a), 363(b) and 541 of the Bankruptcy Code and Bankruptcy Rule 6004 for Authorization To Pay, Remit, or Reimburse Wage Obligations, Garnishment Obligations and Benefit Obligations* (the "Motion"). This Ex Parte Application is supported by the Declaration of Rayla D. Boyd (the "Boyd Declaration"), filed

1

CASE NO 09-43246
APPLICATION TO SHORTEN TIME
Case: 09-43246   Doc# 218   Filed: 06/30/09   Entered: 06/30/09 13:51:49   Page 1 of 2

concurrently herewith. Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion. In support of this Application, the Debtor in Possession states as follows:

1. <u>Reason for the shortening of time requested</u>: It would reduce costs to the estate if the Motion is heard and determined on July 17, 2009, at the same time as this Court is hearing other matters regarding the estate.

2. <u>Previous time modifications related to the subject of the request</u>: There have been no previous time modifications related to the subject of this request, whether by stipulation or Court order.

3. <u>Effect of the requested time modification on the schedule of the case or proceeding</u>: The granting of this order shortening time will not have any effect on the other proceedings in this case. Parties in interest will receive 17 days' notice of the Motion, rather than the usual 20 days' notice. The resolution of this matter will provide certainty to the Retained Employees and will allow the Debtor in Possession to distribute amounts it is currently holding in trust.

4. <u>Communications with Respondent</u>: The Motion seeks relief generally, not against an identified, named entity. The Agent does not oppose the relief sought in the Motion provided that no employee receives benefits in excess of $10,950 and the amounts sought are within the Budget. *See* Boyd Declaration ¶3.

5. WHEREFORE the Debtor in Possession respectfully requests the Court enter an order shortening time for notice of the Motion so that the hearing on the Motion may be held on 17 days' notice, rather than the 20 days notice period set forth under Local Rule of Bankruptcy Procedure 9014-1, and the hearing on the Motion proceed on July 17, 2009.

Dated: June 30, 2009　　　　　　　　　　　BAKER & McKENZIE LLP

　　　　　　　　　　　　　　　　　　　　　By: /s/ Rayla D. Boyd
　　　　　　　　　　　　　　　　　　　　　　　Ali M.M. Mojdehi
　　　　　　　　　　　　　　　　　　　　　　　Janet D. Gertz
　　　　　　　　　　　　　　　　　　　　　　　Rayla D. Boyd
　　　　　　　　　　　　　　　　　　　　　　　Proposed Counsel for Debtor Asyst Technologies, Inc.

2

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200

SDODMS1/761163.1

CASE NO 09-43246
APPLICATION TO SHORTEN TIME

Case: 09-43246　Doc# 218　Filed: 06/30/09　Entered: 06/30/09 13:51:49　Page 2 of 2