Entered on Docket
July 24, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: July 23, 2009

_____
RANDALL J. NEWSOME
U.S. Bankruptcy Judge
_____

Mette H. Kurth (SBN 187100)
Michael S. Cryan (SBN 249507)
**ARENT FOX LLP**
555 W. Fifth Street, 48th Floor
Los Angeles, California 90013
Telephone:    213.629.7400
Facsimile:    213.629.7401
kurth.mette@arentfox.com
cryan.michael@arentfox.com

- and -

Andrew I. Silfen (*pro hac vice*)
Schuyler G. Carroll (*pro hac vice*)
**ARENT FOX LLP**
1675 Broadway
New York, New York 10019
Telephone:    212-484-3900
Facsimile:    212-484-3990
silfen.andrew@arentfox.com
carroll.schuyler@arentfox.com

Counsel for the Official
Committee of Unsecured
Creditors for Asyst Technologies,
Inc.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>ASYST TECHNOLOGIES, INC.,<br><br>Debtor. | Case Nos.  09-43246 RJN<br><br>Chapter 11<br><br>**ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF BDO SEIDMAN, LLP AS FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASYST TECHNOLOGIES, INC. EFFECTIVE AS OF APRIL 30, 2009** |

Upon the application (the "Application") of the Official Committee of Unsecured

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

NYC/434680.1

ORDER APPROVING EMPLOYMENT OF
BDO SEIDMAN, LLP

Case: 09-43246    Doc# 254    Filed: 07/23/09    Entered: 07/24/09 09:07:38    Page 1 of 6

Creditors (the "Committee") of Asyst Technologies, Inc. (the "Debtor"), for entry of an order authorizing the employment and retention of BDO Seidman, LLP ("BDO") as financial advisors to the Committee effective as of April 30, 2009, pursuant to Sections 504 and 1103(a) of Title 11 of the United States Code §§ 101 *et seq.* (the "Bankruptcy Code") and Rules 2014 and 5002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and upon the Affidavit of William Creelman (the "Creelman Affidavit") in support of the Application; and it appearing that BDO represents no interest adverse to the Committee, the Debtor, the Debtor's estate or its creditors with respect to the matters for which BDO is to be engaged, that BDO is a disinterested person as that term is defined in Section 101(14) of the Bankruptcy Code, and that the employment and retention of BDO is necessary and in the best interests of the estates; and good and adequate notice of the Application having been given, and after due deliberation and sufficient cause appearing; therefor, it is hereby

    ORDERED, that the Application is APPROVED and GRANTED; and it is further

    ORDERED, BDO's employment is necessary and in the best interests of the Debtor's estate and creditors; and BDO's hourly rates, as set forth in the Creelman Declaration, are reasonable; and it is further

    ORDERED, that pursuant to Section 1103 of the Bankruptcy Code, and Bankruptcy Rules 2014(a) and 5002, the Committee is hereby authorized and empowered to employ and retain BDO as financial advisors to the Committee, effective *nunc pro tunc* to April 30, 2009, on the terms and conditions set forth in the Application and the Creelman Affidavit, and the retention of BDO as financial advisors in accordance with BDO's normal hourly rates and disbursement policies as set forth in the Creelman Affidavit is hereby approved, except as expressly provided herein; and it is further

    ORDERED, that compensation and reimbursement of expenses to be paid to BDO shall be paid as an administrative expense of the Debtor's estate in such amounts as shall

A<small>RENT</small> F<small>OX</small> LLP
A<small>TTORNEYS</small> A<small>T</small> L<small>AW</small>
L<small>OS</small> A<small>NGELES</small>

- 2 -

ORDER APPROVING EMPLOYMENT OF
BDO SEIDMAN, LLP

NYC/434680.1

Case: 09-43246  Doc# 254  Filed: 07/23/09  Entered: 07/24/09 09:07:38  Page 2 of 6

be allowed and determined upon appropriate applications to the Court pursuant to Sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the United States Trustee Guidelines for fees and all orders and such other procedures as may be fixed by the Court; and it is further

ORDERED, that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

*** END OF ORDER ***

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

ORDER APPROVING EMPLOYMENT OF
BDO SEIDMAN, LLP

NYC/434680.1

Case: 09-43246  Doc# 254  Filed: 07/23/09  Entered: 07/24/09 09:07:38  Page 3 of 6

| | |
|---|---|
| 1 | <div align="center">**COURT SERVICE LIST**</div> |
| 2 | Ali M. M. Mojdehi |
| | Law Offices of Baker and McKenzie |
| 3 | 12544 High Bluff Drive |
| | 3rd Floor |
| 4 | San Diego, CA 92130 |
| | ali.m.m.mojdehi@bakernet.com |
| 5 | *Counsel to the Debtor* |
| 6 | Sheldon L. Solow |
| | Harold D. Israel |
| 7 | Kaye Scholer LLC |
| | Three First National Plaza |
| 8 | 70 West Madison Street |
| | Suite 4100 |
| 9 | Chicago, IL 60602 |
| | ssolow@kayescholer.com |
| 10 | hisrael@kayescholer.com |
| | *Counsel to Key Bank National Association* |
| 11 | |
| | Victoria A. Gilbert |
| 12 | Asleigh Danker |
| | Kaye Scholer LLC |
| 13 | 1999 Avenue of the Stars |
| | Suite 1700 |
| 14 | Los Angeles, CA 90067 |
| | vgilbert@kayescholer.com |
| 15 | adanker@kayescholer.com |
| | *Counsel to Key Bank National Association* |
| 16 | |
| 17 | Lawrence M. Schwab |
| | Patrick Costello |
| 18 | Bialson, Bergen & Schwab |
| | 2600 El Camino Real |
| | Suite 300 |
| 19 | Palo Alto, CA 94306 |
| | lschwab@bbslaw.com |
| 20 | pcostello@bbslaw.com |
| | *Counsel to Flextronics Corporation* |
| 21 | |
| | Leighton Aiken |
| 22 | William L. Foreman |
| | Owens, Clary & Aiken, L.L.P. |
| 23 | 700 North Pearl Street |
| | Suite 1600 |
| 24 | Dallas, TX 75201 |
| | laiken@oca-law.com |
| 25 | wforeman@oca-law.com |
| | *Counsel to HR XCEL, LLC* |
| 26 | |
| 27 | |
| 28 | |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

NYC/434680.1

ORDER APPROVING EMPLOYMENT OF
BDO SEIDMAN, LLP

Case: 09-43246   Doc# 254   Filed: 07/23/09   Entered: 07/24/09 09:07:38   Page 4 of 6

| | |
|---|---|
| 1 | Michael St. James |
| | St. James Law, P.C. |
| 2 | 155 Montgomery Street, Suite 1004 |
| | San Francisco, CA 94104 |
| 3 | (415) 391-7566 Telephone |
| | (415) 391-7568 Facsimile |
| 4 | ecf@stjames-law.com |
| | *Counsel to Legacy Partners Commercial, Inc.* |
| 5 | |
| | Steven E. Sherman |
| 6 | Michael Dorf |
| | Shearman & Sterling LLP |
| 7 | 525 Market Street, Suite 1500 |
| | San Francisco, CA 94105 |
| 8 | sesherman@shearman.com |
| | Michael.dorf@shearman.com |
| 9 | *Counsel to Daifuku Co., Ltd.* |
| | |
| 10 | Darren J. Robbins, Esq. |
| | Travis E. Downs III, Esq. |
| 11 | Kathleen A. Herkenhoff, Esq. |
| | Benny C. Goodman III, Esq. |
| 12 | Coughlin Stoia Geller Rudman & Robbins LLP |
| 13 | 655 West Broadway, Suite 1900 |
| | San Diego, CA 92101-3301 |
| 14 | (619) 231-1058 |
| | Fax (619) 231-7423 |
| 15 | darrenr@csgrr.com |
| 16 | travisd@csgrr.com |
| | kathyh@csgrr.com |
| 17 | bennyg@csgrr.com |
| | *Attorneys for Andrew A. Allison* |
| 18 | |
| | Frederick D. Holden, Jr. |
| 19 | Orrick, Herrington & Sutcliffe LLP |
| | The Orrick Building |
| 20 | 405 Howard Street |
| | San Francisco, California 94105-2669 |
| 21 | Telephone: (415) 773-5700 |
| | Facsimile: (415) 773-5759 |
| 22 | Email: fholden@orrick.com |
| | *Attorneys for Crossing Automation, Inc.* |
| 23 | |
| | Linebarger Goggan Blair & Sampson, LLP |
| 24 | 2323 Bryan Street |
| | Suite 1600 |
| 25 | Dallas, TX 75201 |
| | (14) 880-0089 |
| 26 | Fax (469) 221-5002 |
| | dallas.bankruptcy@publicans.com |
| 27 | *Attorneys for the City of Richardson TX* |
| | |
| 28 | |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

NYC/434680.1

- 2 -

ORDER APPROVING EMPLOYMENT OF
BDO SEIDMAN, LLP

Case: 09-43246   Doc# 254   Filed: 07/23/09   Entered: 07/24/09 09:07:38   Page 5 of 6

| | |
|---|---|
| 1 | |
| 2 | Daniel T. Shvodian, Esq.<br>Howrey LLP<br>1950 University Avenue, 4th Floor<br>East Palo Alto, CA 94303<br>650.798.3550<br>Fax 650.798.3600<br>ShvodianD@howrey.com<br>*Attorneys for Jenoptik AG* |

Daniel T. Shvodian, Esq.
Howrey LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
650.798.3550
Fax 650.798.3600
ShvodianD@howrey.com
*Attorneys for Jenoptik AG*

Shawn M. Christianson, Esq.
Buchalter Nemer, A Professional Corporation
333 Market Street, 25th Floor
San Francisco, California 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
schristianson@buchalter.com
*Attorneys for Oracle USA, Inc. and Oracle Credit Corporation*

**U.S. Trustee**

Office of the U.S. Trustee, Region 17, Oakland Division
Attn: Barbara A. Matthews
Attn: Lynette C. Kelly
1301 Clay Street, Suite 690N
Oakland, CA 94604
barbara.a.matthews@usdoj.gov
lynette.c.kelly@usdoj.gov

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

NYC/434680.1

- 3 -

ORDER APPROVING EMPLOYMENT OF
BDO SEIDMAN, LLP

Case: 09-43246  Doc# 254  Filed: 07/23/09  Entered: 07/24/09 09:07:38  Page 6 of 6