

Signed: August 04, 2009

_____
**RANDALL J. NEWSOME**
**U.S. Bankruptcy Judge**
_____

1  Ali M.M. Mojdehi, State Bar No. 123846
   Janet D. Gertz, State Bar No. 231172
2  Rayla D. Boyd, State Bar No. 256788
   **Baker & McKenzie LLP**
3  12544 High Bluff Drive, Third Floor
   San Diego, CA 92130-3051
4  Telephone: +1 858 523 6200

5  Counsel for Debtor
   Asyst Technologies, Inc.,
6  a California corporation

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 09-43246 |
| ASYST TECHNOLOGIES, INC., a California corporation, | Chapter 11 |
| Debtor. | **ORDER ON DEBTOR'S MOTION PURSUANT TO SECTIONS 105(a), 363(b), AND 541 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 6004 FOR AUTHORIZATION TO PAY, REMIT OR REIMBURSE WAGE OBLIGATIONS, GARNISHMENT OBLIGATIONS AND BENEFIT OBLIGATIONS** |
| | Date: July 30, 2009<br>Time: 2:00 p.m.<br>Place: U.S. Bankruptcy Court<br>      1300 Clay Street<br>      Oakland, CA 94612<br>Judge: Chief Judge Randall J. Newsome<br>Courtroom: 220 |

A hearing on the motion of Asyst Technologies, Inc., a California Corporation, the debtor and debtor in possession in the above-captioned case (the "Debtor in Possession") filed June 30, 2009 for authorization to pay, remit or reimburse Wage Obligations, Garnishment Obligations, and Benefit Obligations (as defined therein) (the "Motion"), was held before this Court on July 30, 2009 at 2:00 p.m. Appearances were as noted on the record. As further set out in the Motion; and upon consideration of the Memorandum of Points and Authorities, the Declaration of Paula C. LuPriore filed in Support of the Motion, and the Declaration of Paula C. LuPriore filed in Support of the

1

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200

CASE NO. 09-43246
ORDER ON MOTION TO PAY EMPLOYEE OBLIGATIONS

SDODMS1/760588.3

Case: 09-43246   Doc# 309   Filed: 08/04/09   Entered: 08/05/09 08:17:03   Page 1 of 9

Debtor's First Day Motions, and the statements of counsel on the record at the hearing; and upon it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and upon it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b); and upon it appearing that venue of this proceeding is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and upon it appearing that notice of the Motion and opportunity for a hearing on the Motion was appropriate under the particular circumstances and that no other or further notice need be given; and upon no opposition to the Motion having been filed; and upon it appearing that the relief requested in the Motion is in the best interest of the Debtor in Possession's estate and its creditors; and after due deliberation and sufficient cause appearing therefore, it is HEREBY ORDERED that:

1. Capitalized terms used and not defined herein shall have the meaning ascribed to them in the Motion;

2. The Motion is granted. Pursuant to sections 105(a) and 363(b) of the Bankruptcy Code, the Debtor is authorized, but not required, to pay, remit or reimburse

   (a) the Wage Obligations to the Retained Employees as set out in the Motion;

   (b) the Garnishment Obligations;

   (c) the Benefit Obligations to the third party benefit providers in the amounts set out in the Motion; and

   (d) up to $10,000.00 to employees who submit claims incurred pre-petition for eligible unpaid FSP expenses,

without further order of the Court.

3. Notice of the Motion as provided therein constitutes good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) are hereby waived;

4. Notwithstanding any applicability of Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon entry of this Order.

5. As a condition to the Court's granting this Order, Debtor in Possession is required to negotiate in good faith with Legacy Partners I Fremont, the landlord ("Landlord") for the Debtor in Possession's headquarters facility in Fremont, California, concerning a disputed late charge asserted by the Landlord in the amount of approximately $7,143.64.

2

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200

SDODMS1/700588.3

CASE NO. 09-43246
ORDER ON MOTION TO PAY EMPLOYEE OBLIGATIONS

Case: 09-43246   Doc# 309   Filed: 08/04/09   Entered: 08/05/09 08:17:03   Page 2 of 9

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**END OF ORDER**

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200

3

CASE NO. 09-43246
ORDER ON MOTION TO PAY EMPLOYEE OBLIGATIONS

| | |
|---|---|
| 2 | 2929 Partners, Ltd. |
| | c/o Cowles Thompson |
| 3 | Attn: Bill Siegel |
| | Bank of America Bldg. |
| 4 | 901 Main Street, Suite 3900 |
| | Dallas, TX 75202 |
| 5 | Email: bsiegel@cowlesthompson.com |
| 6 | Andrew Allison |
| | c/o Coughlin Stoia Geller Rudman & Robbins LLP |
| 7 | Darren J. Robbins, Esq. |
| 8 | Travis E. Downs III, Esq. |
| | Kathleen A. Herkenhoff, Esq. |
| 9 | Benny C. Goodman III, Esq. |
| | 655 West Broadway, Suite 1900 |
| 10 | San Diego, CA 92101-3301 |
| | Phone: (619) 231-1058 |
| 11 | Fax: 619/231-7423 (fax) |
| 12 | Email: travisd@csgrr.com |
| | Email: kathyh@csgrr.com |
| 13 | Email: bennyg@csgrr.com |
| 14 | Arent Fox LLP |
| | Attn: Mette H. Kurth, Esq. |
| 15 | Attn: Michael S. Cryan, Esq. |
| | 555 West Fifth Street, 48th Floor |
| 16 | Los Angeles, CA 90013-1065 |
| | Phone: 213-629-7400 |
| 17 | Fax: 213-629-7401 |
| | Email: kurth.mette@arentfox.com |
| 18 | Email: cryan.michael@arentfox.com |
| 19 | Arent Fox LLP |
| | Attn: Andrew I. Silfen, Esq. |
| 20 | Attn: Schuyler G. Carroll, Esq. |
| | 1675 Broadway |
| 21 | New York, NY 10019 |
| | Phone 212-484-3900 |
| 22 | Fax: 212-484-3990 |
| | Email: Silfen.andrew@arentfox.com |
| 23 | Email: carroll.schuyler@arentfox.com |
| 24 | Arent Fox LLP |
| | Jeffrey N. Rothleder |
| 25 | 1050 Connecticut Avenue, NW |
| | Washington, DC 20036 |
| 26 | Telephone: (202) 857-6000 |
| 27 | Facsimile: (202) 857-6395 |
| | Email: rothleder.jeffrey@arentfox.com |
| 28 | |

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200

SDODMS1/760509.5

1

CASE NO 09-43246
MASTER SERVICE LIST

Case: 09-43246   Doc# 309   Filed: 08/04/09   Entered: 08/05/09 08:17:03   Page 4 of 9

| | |
|---|---|
| 1 | ASML US, Inc.<br>c/o Quarles & Brady LLP |
| 2 | Robert P. Harris, Esq.<br>Jason D. Curry, Esq. |
| 3 | One Renaissance Square<br>Two North Central Avenue |
| 4 | Phoenix, Arizona 85004-2391<br>Telephone: (602) 229-5200 |
| 5 | Fax: (602) 229-5690<br>Email: robert.harris@quarles.com |
| 6 | Email: jason.curry@quarles.com |
| 7 | Asyst Technologies, Inc.<br>Attn: Paula C. LuPriore |
| 8 | 46897 Bayside Parkway<br>Fremont, CA 94538 |
| 9 | Email: pluPriore@Asyst.com |
| 10 | Baker & McKenzie LLP<br>Attn: Ali M.M. Mojdehi |
| 11 | Attn: Janet Gertz<br>Attn: Rayla Boyd |
| 12 | 12544 High Bluff Drive, Third Floor<br>San Diego, CA 92130-3051 |
| 13 | Email: ali.m.m.mojdehi@bakernet.com<br>Email: Janet.D.Gertz@bakernet.com |
| 14 | Email: Rayla.D.Boyd@bakernet.com |
| 15 | Citibank, N.A.<br>Attn: Dina Garthwaite |
| 16 | 388 Greenwich Street, 7th Floor<br>New York, NY 10013 |
| 17 | Email: dina.garthwaite@citi.com |
| 18 | Citibank, N.A.<br>Attn: Ralph Palma |
| 19 | 388 Greenwich Street, 7th Floor<br>New York, NY 10013 |
| 20 | Email: ralph.palma@citi.com |
| 21 | Crossing Automation, Inc.<br>c/o Orrick, Herrington & Sutcliffe LLP |
| 22 | Attn: Frederick D. Holden, Jr.<br>The Orrick Building |
| 23 | 405 Howard Street<br>San Francisco, California 94105-2669 |
| 24 | Telephone: (415) 773-5700<br>Facsimile: (415) 773-5759 |
| 25 | Email: fholden@orrick.com |
| 26 | |
| 27 | |
| 28 | |

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200

2

CASE NO 09-43246
MASTER SERVICE LIST

SDODMS1/700503.5

Case: 09-43246   Doc# 309   Filed: 08/04/09   Entered: 08/05/09 08:17:03   Page 5 of 9

| | |
|---|---|
| 1 | Daifuku Co., Ltd. |
| | c/o Steven E. Sherman, Esq. |
| 2 | Michael Dorf, Esq. |
| | Shearman & Sterling LLP |
| 3 | 525 Market Street, Suite 1580 |
| | San Francisco, CA 94105 |
| 4 | sesherman@shearman.com |
| | Michael.dorf@shearman.com |
| 5 | |
| | Flextronics Mfg Sg Pte Ltd |
| 6 | c/o Bialson, Bergen & Schwab |
| | Attn: Patrick M. Costello, Esq. |
| 7 | 2600 El Camino Real, Suite 300 |
| | Palo Alto, CA 94306 |
| 8 | Email: pcostello@bbslaw.com |
| | Fax: (650) 494-2738 |
| 9 | |
| | Hewlett-Packard Company |
| 10 | Attn: Ms. Ramona Neal |
| | Corporate Counsel |
| 11 | 11311 Chinden Boulevard |
| | Mailstop 314 |
| 12 | Boise, ID 83714-0021 |
| | Phone: (208) 396-6484 |
| 13 | Fax: (208) 396-3958 |
| | Email: Ramona.neal@hp.com |
| 14 | Email: kathy.escue@hp.com |
| 15 | |
| | Hewlett-Packard Company |
| 16 | Attn: Mr. Ken Higman |
| | Senior Default & Recovery Analyst |
| | 2125 E. Katella Ave. |
| 17 | Suite 400 |
| | Anaheim, CA 92806 |
| 18 | Phone: (714) 940-7120 |
| | Email: ken.higman@hp.com |
| 19 | |
| | Hewlett-Packard Company |
| 20 | Attn: Ms. Esme Vargas |
| | Default Analyst |
| 21 | 11445 Compaq Center Dr. |
| | MS: 060400 |
| 22 | Houston, TX 77070 |
| | Email: esmere.vargas@hp.com |
| 23 | |
| | Hrxcel, LLC |
| 24 | c/o Owens, Clary & Aiken, L.L.P. |
| | Attn: Leighton Aiken |
| 25 | Attn: William L. Foreman |
| | 700 North Pearl Street, Suite 1600 |
| 26 | Dallas, Texas 75201 |
| | (214) 698-2100 (telephone) |
| 27 | (214) 698-2121 (facsimile). |
| | Email: laiken@oca-law.com |
| 28 | Email: wforeman@oca-law.com |

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200

SDODMS1/700503.5

CASE NO 09-43246
MASTER SERVICE LIST

KeyBank National Association
c/o Kaye Scholer LLP
Attn: Sheldon Solow / Harold D. Israel
3 First National Plaza
70 West Madison Street, Suite 4100
Chicago, IL  60602-4231
Email: ssolow@kayescholer.com
Email: hisrael@kayescholer.com

Jenoptik AG
c/o Howrey LLP
Attn: Daniel Shvodian
1950 University Avenue, 4th Floor
East Palo Alto, CA  94303
Phone: (650) 698-3500
Fax: (650) 698-3600
Email: ShvodianD@howrey.com

KeyBank National Association
c/o Kaye Scholer LLP
Attn: Victoria A. Gilbert, Esq.
Attn: Ashleigh Danker, Esq.
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067
Phone: (310) 788-1000
Facsimile: (310) 788-1200
Email: vgilbert@kayescholer.com
Email: adanker@kayescholer.com

KeyBank National Association
Attn: Michael Panichi  / Brian Gloede
127 Public Square
Cleveland, OH 44114
Email: michael_panichi@keybank.com
Email:  brian_p_gloede@keybank.com

Legacy Partners Commercial Inc.
c/o St. James Law, P.C.
Attn: Michael St. James, Esq.
155 Montgomery Street, Suite 1004
San Francisco, California 94104
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
ecf@stjames-law.com

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA  92130
+1 858 523 6200

4

SDODMS1/700503.5

CASE NO 09-43246
MASTER SERVICE LIST

Case: 09-43246    Doc# 309    Filed: 08/04/09    Entered: 08/05/09 08:17:03    Page 7 of 9

| | |
|---|---|
| 1 | Linebarger Goggan Blair & Sampson, LLP |
| | The Terrace II, 2700 Via Fortuna Drive, Suite 400 |
| 2 | P.O. Box 1728 |
| | Austin, TX 78760-7428 |
| 3 | Counsel for Nueces County; McLennan County; |
| | Round Rock ISD; San Marcos CISD; City of San Marcos |
| 4 | Phone: (512) 447-6675 |
| | Fax: (512) 443-5114 |
| 5 | |
| | Linebarger Goggan Blair & Sampson, LLP |
| 6 | 2323 Bryan Street, Suite 1600 |
| | Dallas, TX 75201 |
| 7 | Counsel for the City of Richardson |
| | Phone: (214) 880-0089 |
| 8 | Fax: (269) 221-5002 |
| | Email: dallas.bankruptcy@publicans.com |
| 9 | |
| | Office of the U.S. Trustee, Region 17, Oakland Division |
| 10 | Attn: Barbara A. Matthews |
| | Attn: Lynette C. Kelly |
| 11 | 1301 Clay Street, Suite 690N |
| | Oakland, CA 94604 |
| 12 | Email: barbara.a.matthews@usdoj.gov |
| | Email: lynette.c.kelly@usdoj.gov |
| 13 | |
| | Oracle USA, Inc. |
| 14 | c/o Buchalter Nemer, A Professional Corporation |
| | Attn: Shawn Christianson |
| 15 | 333 Market Street, 25th Floor |
| | San Francisco, California 94105-2126 |
| 16 | Telephone: (415) 227-0900 |
| | Facsimile: (415) 227-0770 |
| 17 | Email: schristianson@buchalter.com |
| 18 | The Peer Group |
| | Attn: Robert L. Eisenbach III |
| 19 | Attn: Gregg S. Kleiner |
| | Cooley Godward Kronish LLP |
| 20 | 101 California Street, 5th Floor |
| | San Francisco, CA 94111-5800 |
| 21 | Fax: (415) 693-2222 |
| | Email: reisenbach@cooley.com |
| 22 | Email: kleinergs@cooley.com |
| 23 | Perkins Coie LLP |
| | Attn: Alan D. Smith |
| 24 | 1201 Third Avenue, 48th Floor |
| | Seattle, WA 98101-3099 |
| 25 | Email: ADSmith@perkinscoie.com |
| | Email: docketsea@perkinscoie.com |
| 26 | |
| 27 | |
| 28 | |

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200

5

CASE NO 09-43246
MASTER SERVICE LIST

SDODMS1/700503.5

Case: 09-43246   Doc# 309   Filed: 08/04/09   Entered: 08/05/09 08:17:03   Page 8 of 9

| | |
|---|---|
| 1 | RBS Citizens Bank<br>Attn: Green Dim |
| 2 | 1701 JFK Blvd., 22nd Floor<br>Philadelphia, PA 19103 |
| 3 | Email: green.dim@citizensbank.com |
| 4 | Securities & Exchange Commission<br>Los Angeles Regional Office |
| 5 | Attn: Sandra Lavigna<br>5670 Wilshire Boulevard |
| 6 | 11th Floor<br>Los Angeles, CA 90036 |
| 7 | Email: lavignas@sec.gov |
| 8 | Silicon Valley Bank<br>Attn: Marla Johnson |
| 9 | 38 Technology Drive Ste 150<br>Irvine, CA 92618 |
| 10 | Email: mjohnson@svb.com |
| 11 | Silicon Valley Bank<br>Attn: Tom Smith |
| 12 | 2400 Hanover Street<br>Palo Alto, CA 94304 |
| 13 | Email: tsmith@svb.com |
| 14 | Silicon Valley Bank<br>Attn: Nick Tsiagkas |
| 15 | 2400 Hanover Street<br>Palo Alto, CA 94304 |
| 16 | Email: ntsiagkas@svb.com |
| 17 | Silicon Valley Bank<br>Attn: Laura Giese |
| 18 | SVB Financial Group Corp. Headquarters<br>3005 Tasman Drive |
| 19 | Santa Clara, CA 95054 |
| 20 | Wilson Sonsini Goodrich & Rosati PC<br>Attn: Brian Danitz, Esq. |
| 21 | 650 Page Mill Road<br>Palo Alto, CA 94304-1050 |
| 22 | |
| 23 | Unisys Corporation<br>Janet Fitzpatrick<br>Legal Assistant |
| 24 | Unisys Way<br>P.O. Box 500, M/S E8-108 |
| 25 | Blue Bell, PA 19424<br>Fax: (215) 986-5721 |
| 26 | |
| 27 | |
| 28 | |

6

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200

CASE NO 09-43246
MASTER SERVICE LIST

Case: 09-43246  Doc# 309  Filed: 08/04/09  Entered: 08/05/09 08:17:03  Page 9 of 9

SDODMS1/700503.5