# EXHIBIT "B"

# EXHIBIT B

**I. Itemization of Services Rendered by Arent Fox for the period April 28, 2009 through March 5, 2010:**

A. The following summary of the hours spent for which Arent Fox seeks compensation, the hourly rate for each attorney and legal assistant who recorded time and the resulting fees are as follows:

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Mette H. Kurth | Joined the firm as a partner in 2008. Member of the CA bar since 1996. | $610<br>$630 | 61.0<br>47.6 | $37,210.00<br>$29,988.00 |
| Schuyler Carroll | Joined firm as a partner in 2003. Member of NY bar since 1993. | $630<br>$650<br>$670<br>$730 | 2.0<br>28.0<br>15.6<br>1.7 | $1,260.00<br>$18,200.00<br>$10,452.00<br>$1,241.00 |
| Carol Connor Cohen | Joined firm as a partner in 1995. Member of the OH bar since 1977 and the DC bar since 1981. | $615<br>$630 | 41.7<br>2.3 | $25,645.50<br>$1,449.00 |
| Aram Ordubegian | Joined firm as a partner in 2009. Member of the CA bar since 1996. | $525<br>$575 | 8.8<br>24.7 | $4,620.00<br>$14,202.50 |
| Andrew I. Silfen | Partner since 2003. Member of NJ bar since 1986. Member of NY bar since 1987 | $730 | 9.3 | $6,789.00 |
| Sanford Hausner | Joined firm as a partner in 2008. Member of the NY bar since 1986. Member of NJ bar since 1986. Member of TX bar since 1986. | $735 | 2.2 | $1,617.00 |
| Michael S. Cryan | Joined firm as an associate in 2003; elevated to partner in 2005. Member of NY bar since 1996. Member of DC bar since 1996. Member of CA bar since 2007. | $555 | 0.5 | $277.50 |

| Name | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| Jeffrey Rothleder | Joined firm as an associate in 2004. Member of DC bar since 2005. Member of MD bar since 2002. | $445<br>$465<br>$485 | 118.4<br>128.0<br>38.9 | $52,688.00<br>$59,520.00<br>$18,866.50 |
| Eric Baxter | Joined firm as an associate in 2002. Member of UT bar since 2001. Member of DC bar since 2002. | $470 | 19.6 | $9,212.00 |
| Andrew C. Udin | Joined firm as an associate in 2007. Member of NJ bar since 2002. Member of NY bar since 2003. Member of DC bar since 2004. | $490 | 15.9 | $7,791.00 |
| Joanna Giasafakis | Joined firm as an associate in 2004. Member of MD bar since 2004. Member of DC bar since 2005. | $400<br>$465 | 31.7<br>0.9 | $12,680.00<br>$418.50 |
| Valerie Webb | Joined firm as an associate in 2005. Member of MD bar since 2003. Member of DC bar since 2006. | $420 | 20 | $8,400.00 |
| Andy S. Kong | Joined firm as an associate in 2009. Member of CA bar since 2006. | $415<br>$395 | 0.2<br>5.6 | $83.00<br>$2,212.00 |
| Andrea Campbell | Joined firm as an associate in 2008. Member of FL bar since 2008. Member of DC and VA bars since 2009. | $290<br>$310<br>$340 | 11.2<br>58.5<br>9.6 | $3,248.00<br>$18,135.00<br>$3,264.00 |
| Aswathi Zachariah | Joined the firm as an associate in 2006. Member of MD bar since 2006 and DC bar since 2007. | $355 | 1.4 | $497.00 |
| Alex Smart | Former associate of firm. Member of CA bar since 2007. | $290 | 2.1 | $609.00 |
| Shiela Linn | Paralegal | $250 | 1.7 | $425.00 |
| Susan M. Gordon | Paralegal | $265 | 0.9 | $238.50 |
| Lisa Indelicato | Paralegal | $265 | 22.9 | $6,068.50 |
| Nova Constantino | Paralegal | $265 | 2.1 | $556.50 |
| **TOTALS** | | | **735.0** | **$357,864.00** |

NYC/457662.1

The blended hourly rate for all services during the Statement Period is $486.89 per hour.[1]

B. <u>Itemization of Services Rendered by Category</u>.

The following itemization presents the services rendered by Arent Fox by Task Categories in which work was performed.

| Task Category | Hours | Fees Earned |
|---|---|---|
| 00001. Petition, Schedules, First Day Orders | 4.5 | $2,459.00 |
| 00002. Case Management and Operating Reports | 4.3 | $1,679.00 |
| 00004. Sales and Disposition of Assets | 123.9 | $67,834.00 |
| 00005. Asset Analysis and Recovery | 3.6 | $1,550.00 |
| 00006 Claims Administration and Objections | 3.2 | $1,210.50 |
| 00007. Miscellaneous Motions and Objections | 11.2 | $6,506.50 |
| 00008. Committee and Debtor Communications, Conference | 20.6 | 10,504.00 |
| 00010. Professional Retention | 43.1 | $17,498.50 |
| 00011. Plan and Disclosure Statement Matters and Solicitation | 101.9 | $50,344.50 |
| 00012. Cash Collateral and DIP Financing | 82.9 | $44,959.00 |
| 00013. Employee Benefits and Severance, Pensions, ERISA, Labor and Related Litigation | 1.8 | $837.00 |
| 00014. Real Estate and Leasing/Executory Contracts | 8.8 | $3,614.00 |
| 00015. Creditor Inquiries | 1.3 | $598.50 |
| 00016. Automatic Stay and Section 362 and 363 Matters | 1.0 | $445.00 |
| 00017. Investigation of Secured Creditor, Equipment Lessors and Lienholders | 68.9 | $34,802.50 |
| 00019. Chapter 5 Litigation, Collection and Investigation | 107.1 | $52,559.00 |
| 00022. Fee Applications | 118.2 | $48,980.50 |
| 00024. Creditor Information Sharing and 1102 Services | 18.4 | $6,104.50 |
| 00025. Confidentiality Agreement | 5.8 | $3,375.50 |
| 00026. Committee Bylaws | 1.4 | $623.00 |
| 00027. Investigation of Debtors' Assets | 3.1 | $1,379.50 |
| **Total** | **735.0** | **$357,864.00** |

---

[1] The blended hourly billing rate per hour is derived by dividing the total fees of $357,864.00 by the total hours of 735.

NYC/457662.1

# EXHIBIT "C"

**EXHIBIT C**

| DISBURSEMENTS SUMMARY | |
|---|---:|
| Postage | $76.02 |
| Phone Charges | $86.47 |
| Duplicating | $1,566.20 |
| Database Search | $60.21 |
| Westlaw | $463.28 |
| Document Imaging | $129.30 |
| Printing/Binding | $2.50 |
| Messenger Service | $162.91 |
| Taxicabs | $545.56 |
| Court Costs | $15.00 |
| Filing Fees | $420.00 |
| Overnight Delivery | $147.89 |
| Out of Town Transportation | $499.10 |
| Out of Town Lodging | $547.08 |
| Transcripts | $116.40 |
| Reimbursement | ($33.95) |
| **Disbursements Total** | **$4,803.97** |

NYC/457662.1